UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOYS "R" US-DELAWARE, INC.,<br><br>d/b/a BABIES R US,<br><br>Defendant. | Case No.. 2:17-cv-01303-AB-JPR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1  Having considered Plaintiff's Consented Motion for Leave to File First
2  Amended Complaint, the Court **GRANTS** Plaintiff leave to file her First Amended
3  Complaint.
4  
5  **IT IS SO ORDERED.**
6  
7  
8  DATED:
9  
10 _____
11 HON. ANDRE BIROTTE JR.
   UNITED STATES DISTRICT COURT JUDGE